# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DISABILITY RIGHTS CONNECTICUT, INC., <br> *Plaintiff*, <br><br> v. <br><br> CONNECTICUT DEPARTMENT OF CORRECTION AND ANGEL QUIROS, <br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 3:23-CV-622 (KAD) <br><br><br><br><br> May 16, 2023 |

## ORDER

The Honorable Kari A. Dooley, United States District Judge:

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 4, having been considered by the Court, **IT IS HEREBY ORDERED**:

1. A hearing shall be held on Thursday, June 1, 2023, at 10:00 a.m. in Courtroom 4 – Annex, 915 Lafayette Boulevard, Bridgeport, Connecticut at which all parties are ordered to appear, and at which the Court shall hear evidence and argument on the Motion for Preliminary Injunction.

2. Plaintiff shall serve Defendants with a copy of this Order, the Complaint, and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, together with all attachments, no later than May 24, 2023, and shall file proof of service thereafter.

3. Defendants are further ordered to bring to the hearing the records sought in the Motion for Temporary Restraining Order, to wit, the redacted sexual abuse investigation reports from 2019 to February 14, 2023.

**SO ORDERED** at Bridgeport, Connecticut, this 16th day of May 2023.

/s/ *Kari A. Dooley*  
KARI A. DOOLEY  
UNITED STATES DISTRICT JUDGE